IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Jose De Jesus Cortes | ) | No. 12-B-43433 |
| | ) | |
| Debtor. | ) | Honorable Judge: Carol A. Doyle |

**FINAL ORDER AUTHORIZING DEBTOR TO (I) USE CASH COLLATERAL, (II) GRANT SECURITY INTERESTS, AND (III) OBTAIN RELATED RELIEF FOR AZTECA AMERICA BANK MORTGAGE**

This cause coming to be heard for final hearing on the on the Motion for Entry of an Interim Order Authorizing Debtor to (I) Use Cash Collateral, (II) Borrower Money, (III) Grant Security Interests, (IV) Accord Priority Status, and (V) Obtain Related Relief (the "**Motion**") filed by Jose De Jesus Cortes (the "**Debtor**"), the above-captioned debtor and debtor-in-possession, seeking authority to use cash collateral of **AZTECA AMERICA BANK MORTGAGE** ("**Lender**") and other relief; due and proper notice of the Motion having been given under the circumstances; the Court having reviewed the legal and factual bases set forth in the Motion; both Lender and the Debtor agreeing to the form and substance of this Order.

**THE PARTIES STIPULATE THAT:**

1. There being no objections to the First Interim Order Authorizing Debtor To (I) Use Cash Collateral, (II) Grant Security Interests, and Obtain Related Relief for Lender entered on January 9, 2013 as modified by the Agreed Second Order entered on February 20, 2013, the Agreed Third Order entered on April 17, 2013, the Agreed Fourth Order entered on June 19, 2013 and the Agreed Fifth Order entered on July 31, 2013 and the Agreed Sixth Order entered on October 2, 2013 ("**Interim Orders**"); the Interim Orders are deemed final in all respects.

[034073.0017/1259390/1]                                             1

2. The Debtor and the Lender having entered into a Loan Modification Agreement (**"Agreement"**) pursuant to Order granting Joint Motion for Authority to enter into Settlement, entered by this Court on December 4, 2013;

3. The Debtor is authorized to use the Lender's cash collateral so long as the Debtor is not in default under the Agreement.

ENTER:

*/s/ Carl A. Doyle*
U.S. Bankruptcy Judge

1/15/14

Prepared By:
Scott N. Schreiber, Attorney Code 6191042
Rebecca S. Vicario, Attorney Code 6303013
Stahl Cowen Crowley Addis LLC
55 West Monroe Street, Suite 1200
Chicago, Illinois 60603