UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | |
|---|---|
| In Re: ) | BK No.:   12-43433 |
| Jose De Jesus Cortes ) | |
| ) | Chapter: 11 |
| ) | |
| ) | Honorable Carol Doyle |
| ) | |
| ) | |
| Debtor(s) ) | |

## ORDER GRANTING FINAL APPLICATION FOR ALLOWANCE OF
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR COUNSEL TO THE DEBTORS

This matter coming to be heard on O. Allan Fridman's Final Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtor, pursuant to 11 U.S.C. §330 and 331 of the Bankruptcy Code. The Court finding notice to be sufficient, and being otherwise fully advised in the premises:

IT IS HEREBY ORDERED as follows:

1. O. Allan Fridman is allowed final order of  compensation in the amount of $39,866.80 and $18.20 in costs.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  July 16, 2014

**Prepared by:**

O. Alan Fridman
555 Skokie Blvd. Suite 500
Northbrook, Illinois 60062
(847)4120788